UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No.

APPROXIMATELY $116,475.00 IN UNITED
STATES CURRENCY,

    Defendant.

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Lisa T. Warwick, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**Nature of the Action**

1. This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendant In Rem**

2. The defendant property, approximately $116,475.00 in United States currency, was seized on or about August 7, 2020, from an individual having the initials D.T. at 4XXX W. Wells Street, Apt. X, Milwaukee, Wisconsin.

3. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7. The defendant property, approximately $116,475.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

9. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

## Background

10. A confidential informant ("CI") identified D.T. as an individual who, from at least May 2020 to August 2020:

    A. Sold crack cocaine at any time, 24 hours per day and seven days per week when D.T. had product (cocaine) on-hand.

    B. Sold high quality crack cocaine.

    C. Sold crack cocaine even during the "drought," when the supply was limited.

11. In May 2020, the CI conducted a controlled buy of crack cocaine from D.T.

    A. The CI purchased less than one gram of crack cocaine from D.T.

    B. The CI paid to D.T. less than $100 for the crack cocaine.

12. In early August 2020, the CI conducted a controlled buy of crack cocaine from D.T.

    A. The CI purchased less than one gram of crack cocaine from D.T.

    B. The CI paid to D.T. less than $100 for the crack cocaine.

13. During at least June and July 2020, based on officers' surveillance and cellular ping data, D.T. frequented 4XXX W. Wells Street, Apt. X, Milwaukee, Wisconsin (the "Wells Street Residence") during the day – entering and exiting the residence – and stayed at the Wells Street Residence during the evenings.

14. Utilities records show that D.T. activated the utilities at the Wells Street Residence, in only D.T.'s name, on February 3, 2020.

**August 7, 2020 execution of search warrant at D.T.'s Wells Street Residence**

15. On August 7, 2020, officers executed a search warrant at D.T.'s Wells Street Residence, 4XXX W. Wells Street, Apt. X, Milwaukee, Wisconsin.

16. D.T. and Samantha Hansen were present during execution of the search warrant.

17. On August 7, 2020, the following items, among others, were inside the Wells Street Residence:

    A. In the kitchen:

        i. One digital scale with cocaine residue on the base.

        ii. One scale identified as a "pound" scale.

        iii. Two boxes of baggies next to several pair of latex gloves and a third scale.

B. In the living room:

    i. A Wisconsin Certificate of Title addressed to Samantha Hansen at her residence of 4XXX South 5th Place, Milwaukee, Wisconsin.

    ii. A bottle of Narcan.

    iii. Two laptop computers.

C. In the bedroom:

    i. Inside and on top of the dresser:

        a. On the top –

            1. A locked safe containing approximately $2,037.00 in United States currency.

            2. A bag containing 1.82 grams of marijuana.

            3. A lanyard with multiple keys attached.

        b. Inside the top right drawer –

            1. A box of ammunition.

            2. Three Western Union money orders.

        c. Inside the top middle drawer –

            1. A WE Energies utility bill addressed to D.T. at the Wells Street Residence.

            2. A digital scale with cocaine residue on the base. Latent print examiners identified the right middle fingerprint of D.T. on this scale.

    ii. Behind the dresser was a pair of pants with a wallet in the front pocket. The wallet contained identification cards and miscellaneous cards for D.T.

    iii. Inside the closet was a locked safe containing approximately $161,000.00 in United States currency.

    iv. Throughout the bedroom were four cell phones.

4

18. On August 7, 2020, the following items, among others, were inside a 2020 Hyundai Elantra, with Minnesota license plates, parked in the rear parking lot of the Wells Street Residence:

    A. A digital scale with cocaine residue was inside the driver's door pocket.

    B. A Spectrum bill addressed to D.T. at the Wells Street Residence was inside the same driver's door pocket.

19. The key fob to the 2020 Hyundai Elantra was located on the above-mentioned lanyard located on top of the dresser in the bedroom.

20. The 2020 Hyundai Elantra had been rented by D.T. on August 2, 2020, and was due to be returned to the rental agency on August 9, 2020.

21. On August 7, 2020, a total of approximately $163,037.00 in United States currency was seized from the Wells Street Residence. The defendant property, approximately $116,475.00 in United States currency, is a portion of that seized currency.

22. On August 7, 2020, a drug detection canine gave a positive alert to the odor of a controlled substance on the approximately $163,037.00 in United States currency seized from the Wells Street Residence.

## Administrative Forfeiture Proceedings

23. On or about September 30, 2020, the Federal Bureau of Investigation ("FBI") began administrative forfeiture proceedings against the approximately $163,037.00 in United States currency seized from D.T.'s Wells Street Residence on August 7, 2020, on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

24. On or about October 29, 2020, Samantha Hansen filed a claim with the FBI in the administrative forfeiture proceeding to the defendant approximately $116,475.00 in United States currency.

**Warrant for Arrest In Rem**

25. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

26. The plaintiff alleges and incorporates by reference the paragraphs above.

27. By the foregoing and other acts, the defendant property, approximately $116,475.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

28. The defendant approximately $116,475.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property, approximately $116,475.00 in United States currency, be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2021.

                              Respectfully submitted,

                              MATTHEW D. KRUEGER
                              United States Attorney

By:    /s/ Lisa T. Warwick
        LISA T. WARWICK
        Assistant United States Attorney
        Wisconsin Bar No. 1017754
        Attorney for Plaintiff
        Office of the United States Attorney
        Federal Building, Room 530
        517 East Wisconsin Avenue
        Milwaukee, WI  53202
        Telephone: (414) 297-1700
        Fax: (414) 297-4394
        lisa.warwick@usdoj.gov

## Verification

I, Kody WETZEL, hereby verify and declare under penalty of perjury that I am a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI") in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 22 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with the FBI.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 01/26/2021        s/TFO KODY C. WETZEL
                                                 Kody C. WETZEL
                                                 Task Force Officer
                                                 Federal Bureau of Investigation

# CIVIL COVER SHEET

JS 44 (Rev. 09/11)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box:  ☐ Green Bay Division   ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
APPROXIMATELY $116,475.00 IN UNITED STATES CURRENCY

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Lisa T. Warwick, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 01/27/2021
SIGNATURE OF ATTORNEY OF RECORD: s/LISA T. WARWICK

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:21-cv-00116  Filed 01/27/21  Page 1 of 1  Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                         Case No.

APPROXIMATELY $116,475.00 IN UNITED
STATES CURRENCY,

      Defendant.

---

## WARRANT FOR ARREST IN REM

---

    To:     THE UNITED STATES MARSHAL
               Eastern District of Wisconsin

    WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 27th day of January, 2021, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

    YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $116,475.00 in United States currency, which was seized on or about August 7, 2020, from an individual having the initials D.T. at 4XXX W. Wells Street, Apt. X, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal

Service in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of _____, 2021, at Milwaukee, Wisconsin.

GINA COLLETTI
Clerk of Court

By: _____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2